FILED
CLERK, U.S. DISTRICT COURT

APR 18 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: MBA DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:24-mj-00171 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| v. | |
| GREGORIO FIERROS-LEONIDES, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Arizona for an alleged violation of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, prior violations of supervision, prior criminal history including felony convictions; active warrant for charge of resisting officers; no information provided to pretrial services; no available sureties*

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, prior violations of supervision, prior criminal history including felony convictions; active warrant for resisting officers; no information provided to pretrial services; no available sureties*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: April 18, 2024

*(signature)*
JOHN D. EARLY
United States Magistrate Judge